# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON CHE LEE, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | )    Case No. CIV-18-1058-F<br>) |
| OKLAHOMA DETENTION CENTER (ODC) WARDEN, UNNAMED ODC STAFF, and UNNAMED AIR OPERATION STAFF, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Magistrate Judge Bernard M. Jones filed a Report and Recommendation (doc. no. 7) on January 4, 2019, recommending that the "criminal complaint" filed by plaintiff Brandon Che Lee be dismissed without prejudice. As stated in the Report, plaintiff has not paid the filing fee or filed an application to proceed in forma pauperis, and has not responded to orders by the magistrate judge advising plaintiff that absent compliance this action could be dismissed.

The Report advised plaintiff that any objection to the Report must be filed by January 25, 2019, and that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed in the Report. No objection to the Report has been filed, and no request has been made for an extension of time within which to object or otherwise respond to the Report.

Having reviewed the Report, and with there being no objection to the Report, the court concurs in the recommended rulings as stated in the Report. The Report is

**ACCEPTED**, **ADOPTED** and **AFFIRMED**.  As recommended in the Report, this action is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-1058p001.docx